1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



FILED
CLERK U.S. DISTRICT COURT

MAR 1 3 2008

CENTRAL DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DANIEL SARTAIN,                      )   Case No. CV 05-5067 VAP(JC)
                    Plaintiff,       )   ~~(PROPOSED)~~
                                     )
         v.                          )   ORDER ADOPTING FINDINGS,
                                     )   CONCLUSIONS, AND
ROBERT MEYERS, et al.,               )   RECOMMENDATIONS OF UNITED
                                     )   STATES MAGISTRATE JUDGE
                                     )
                    Defendants.      )

Pursuant to 28 U.S.C. § 636, the Court has reviewed all the records and files of this case, including the attached Report and Recommendation of the United States Magistrate Judge, and Plaintiff's Objections thereto. After conducting a de novo review, this Court overrules Plaintiff's Objections and concurs with and adopts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS HEREBY ORDERED that: (1) Defendants' Motion for Summary Judgment, or in the Alternative, Summary Adjudication is: (a) granted to the extent it seeks summary adjudication in Defendants' favor on Plaintiff's Eighth Amendment and Americans with Disabilities Act claims; and (b) denied to the

1   extent it seeks summary judgment and summary adjudication in Defendants' favor

2   on Plaintiff's Fourteenth Amendment claim; and (2) Plaintiff's Motion for

3   Preliminary Injunction is denied.

4       IT IS FURTHER ORDERED that the Clerk serve copies of this Order by

5   United States mail on Plaintiff and on Defendants' counsel.

6       IT IS SO ORDERED.

7

8   DATED: _March 13, 2008_

9

10

11       HONORABLE VIRGINIA A. PHILLIPS
         UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2