Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SARTAIN,<br><br>              Plaintiff,<br><br>    v.<br><br>ROBERT MEYERS, et al.,<br><br>             Defendants. | Case No. CV 05-5067 VAP(JC)<br><br>(PROPOSED)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed all the records and files in this case, including the May 9, 2008 Report and Recommendation of the United States Magistrate Judge ("Report and Recommendation"), and Plaintiff's Objection thereto ("Objections"). The Court has further made a de novo determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and adopts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.[1]

---

[1] To the extent plaintiff suggests that summary judgment should not be granted to defendants because plaintiff has not had an adequate opportunity to conduct discovery, he fails to demonstrate that such is the case. He further fails to specify what facts would be developed through further discovery and that any such facts would prevent summary judgment. See Fed. R. Civ. P. 56(f) (court may refuse to grant summary judgment or may continue proceedings or issue any other just order when it appears from affidavit of party opposing motion for summary

(continued...)

IT IS HEREBY ORDERED that (1) Defendants' Supplemental Motion for Summary Judgment is granted; and (2) judgment be entered in favor of defendants.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order on plaintiff and on defendants' counsel.

IT IS SO ORDERED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: June 30 2008

HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

---

[1] (...continued)
judgment that party cannot, for specified reasons, present facts essential to justify party's opposition); Baker v. Adventist Health, Inc., 260 F.3d 987, 996 (9th Cir. 2001) (to merit continuance for additional discovery under Rule 56(f), party opposing summary judgment must file affidavit specifying facts that would be developed through further discovery).