Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

CLERK, U.S. DISTRICT COURT
JUN 30 2008
CENTRAL DISTRICT OF CALIFORNIA
BY: DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SARTAIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT MEYERS, et al.,<br><br>　　　　　Defendants. | Case No. CV 05-5067 VAP(JC)<br><br>(PROPOSED)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that judgment in this action is entered for defendants.

IT IS SO ORDERED.

DATED: June 30, 2008

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE